# United States District Court

**NORTHERN**     **DISTRICT OF**     **CALIFORNIA**

FILED
JUN 2 9 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

ORTIZ-MEDINA, Silvestre
aka: **Francisco Ramirez Ortega**
     **Francisco Ortega**

CASE NUMBER: 07 70390 PVT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, **June 19, 2007**, in **Monterey County** in the **Northern** District of **California** defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following
<br>Official Title

facts:

### SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
<br>ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes    ☐ No

_____
<br>Signature of Complainant

Sworn to before me and subscribed in my presence,

6/29/07      at      San Jose, California
<br>Date                                City and State

Patricia V. Trumbull
<br>UNITED STATES MAGISTRATE JUDGE      Patricia V. Trumbull
<br>Name & Title of Judicial Officer                  Signature of Judicial Officer

RE: ORTIZ-MEDINA, Silvestre                                              A 026 347 110

I, Darin L. Masterton, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, and the former Immigration and Naturalization Service (INS), since September 15, 1996. I am currently assigned to the Criminal Alien Program (CAP) at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1) DEFENDANT: ORTIZ-MEDINA, Silvestre, is a 57-year-old male, citizen and native of Mexico, born on December 30, 1949, in Michoacan, Mexico, substantiated by official A-File records, and initial statements given by the DEFENDANT on June 19, 2007, to ICE Immigration Enforcement Agent Joshua Arambulo;

(2) The DEFENDANT has been assigned Alien Registration number of A026 347 110, FBI number of 399671V4, and California Criminal Information Index number of A06591210;

(3) The DEFENDANT is also know by the following alias ("AKAs") names:

**Francisco Ramirez Ortega**
**Francisco Ortega**

(4) On June 10, 1982, the DEFENDANT was convicted in the Superior Court of California, for the offense of TRANSPORT/SELL A CONTROLLED SUBSTANCE, to wit: HEROIN, a felony, in violation of California Health and Safety Code Section 11352, and was sentenced to four years in state prison;

(5) On October 5, 1994, INS arrested and deported the DEFENDANT from the United States to Mexico;

(6) On November 5, 1996, the DEFENDANT was convicted in the United States District Court, for the offense of Illegal Reentry after Deportation, in violation of Title 18, United States Code, Section 1326, and received eighteen months in prison;

(7) On December 12, 1997, INS arrested and deported the DEFENDANT from the United States to Mexico;

(8) On August 3, 2004, ICE arrested and deported the DEFENDANT from the United States to Mexico;

(9) On June 19, 2007, the DEFENDANT was encountered by ICE Immigration Enforcement Agent (IEA) Joshua Arambulo at Monterey County Jail, Salinas, California, and determined to be unlawfully present in the United States after a prior deportation. The DEFENDANT declined to render a sworn statement beyond IEA Arambulo's initial questioning;

RE: ORTIZ-MEDINA, Silvestre                                              A 026 347 110

(10)  The DEFENDANT's official A-File does not contain any record or indication that the DEFENDANT requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(11)  The DEFENDANT's fingerprints and photographs taken by the Monterey County Jail match those of the fingerprints and photographs in A-File A026 347 110;

(12)  The DEFENDANT's FBI and state criminal identification numbers obtained by the Monterey County Jail criminal record search, match those same numbers associated with and contained in A-File 026 347 110;

(13)  Based on the above stated information, this Officer believes there is sufficient probable cause that the DEFENDANT is present within the United States in violation of Title 8, United States Code, Section 1326.

Darin L. Masterton
Deportation Officer
Immigration and Customs Enforcement


Subscribed and sworn to before me this 29 day of June, 2007

Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/