1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2  W. DOUGLAS SPRAGUE (CSBN 202121)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CSBN 234355)
   Assistant United States Attorney

5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-2695
7      Facsimile: (408) 535-5066
       E-mail: jeffrey.b.schenk@usdoj.gov
8
   Attorneys for the United States
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,        )
                                    )   No. 07-MJ-70390
14           Plaintiff,             )
                                    )
15      v.                          )   SUBSTITUTION OF ATTORNEY
                                    )
16                                  )
   SILVESTRE ORTIZ-MEDINA,          )
17           Defendant.             )
   _____)
18

19      Please take notice that as of, July 13, 2007, the Assistant U.S. Attorney whose name,

20 address, telephone number and email address are listed below was assigned to be counsel

21 for the government.

22                      Jeffrey B. Schenk, Assistant United States Attorney
                        150 Almaden Blvd., Suite 900
23                      San Jose, CA   95113
                        Telephone: (408) 535-2695
24
   DATED: July 13, 2007
25
                                       Respectfully submitted,
26
                                       SCOTT N. SCHOOLS
27                                     United States Attorney

28                                     _____/s/_____
                                       Assistant United States Attorney